# Exhibit B

## COVENANT NOT TO SUE

THIS COVENANT NOT TO SUE is made and entered into this 6th day of October, 2014 by **Uwe Maass, Musion Das Hologram Limited, Hologram USA**, for themselves and their successors, heirs or assigns (collectively "<u>**Hologram**</u>"), in favor of **Worldwide Pants Incorporated ("WPI") and CBS Corporation, its divisions, related entities or business units, including without limitation, CBS Studios Inc., CBS Broadcasting Inc., CBS Television Studios, CBS Television Distribution, CBS Studios International, CBS Entertainment, CBS Interactive, or any of its owned and operated television stations or network or station affiliates (collectively, "CBS"), their respective subsidiaries, affiliates, licensees, assigns, officers, directors, managers, members, employees, agents, experts, consultants, carriers, and attorneys (together, "WPI/CBS")**, for their benefit and the benefit of their successors, heirs or assigns, as follows.

<u>Covenant Not to Sue</u>: For good and valuable consideration elsewhere given, receipt of which is hereby acknowledged, Uwe Maass, Musion Das Hologram Limited, Hologram USA, Inc., their affiliates, subsidiaries and assigns and all those holding an interest, directly or indirectly, in Eyeliner Technology and/or United States Patent Nos 5,865,519 and 7,883,212, hereby covenant not to sue Worldwide Pants Incorporated ("WPI") or CBS Corporation or its divisions, related entities or business units, including without limitation, CBS Studios Inc., CBS Broadcasting Inc., CBS Television Studios, CBS Television Distribution, CBS Studios International, CBS Entertainment, CBS Interactive, or any of its owned and operated television stations or network or station affiliates (collectively, "CBS"), their respective subsidiaries, affiliates, licensees, assigns, officers, directors, managers, members, employees, agents, experts, consultants, carriers, and attorneys (together, "WPI/CBS"), for any alleged claim for infringement or otherwise arising out of or related to the appearance of the Japanese anime character Hatsune Miku on *Late Show with David Letterman* (the "Show") on or about October 8, 2014 (the "Appearance"), whether or not brought under Patent Nos 5,865,519 and 7,883,212. It is understood and agreed that this covenant not to sue encompasses the initial broadcast of the Show on or about October 8, 2014 in addition to any subsequent authorized or unauthorized re-broadcasts, retransmission, distribution or other secondary uses of the whole or any part of the aforementioned Appearance, whether by WPI/CBS or any third party, in any media. For the avoidance of doubt, this covenant not to sue does not preclude suit against Crypton Future Media, Inc. or other third-parties unrelated to WPI/CBS.

<u>Entire Agreement</u>: This Covenant sets forth the entire and final agreement between the parties hereto regarding the subject matter of this Covenant, superseding all prior discussions, drafts, proposals and written and oral agreements between the parties and may not be amended or supplemented except in a writing signed by all the parties hereto.

IN WITNESS WHEREOF, Hologram has executed this Covenant.

"Hologram"

_____
By: Scott M. Malzahn, Baker Marquart LLP
    Outside Counsel for Hologram