# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYPTON FUTURE MEDIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-1247-RGA |
| | ) | |
| HOLOGRAM USA, INC., MUSION DAS HOLOGRAM LIMITED, and UWE MAASS, | ) ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

At Wilmington this ___ day of December, 2014, having considered Plaintiff Crypton Future Media, Inc.'s Emergency Motion for Extension of Time and finding good cause exists to grant this motion, IT IS HEREBY ORDERED that the motion is granted and that Crypton Future Media, Inc.'s Answering Brief to the pending motion to dismiss or transfer (D.I. 10) shall be filed on or before January 12, 2014.

                                                           _____
                                                           United States District Judge